IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02162-RPM

CRYSTAL RICHARDSON f/k/a JONES,

    Plaintiff,

v.

TOWN OF EATON, a municipal corporation and
RANDALL JACOBSON, individually and in his official capacity,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **January 24, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 17, 2008.**

    The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated: November 27th, 2007

                                        BY THE COURT:

                                        s/ Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge