IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02162-RPM

CRYSTAL RICHARDSON f/k/a JONES,

    Plaintiff,

v.

TOWN OF EATON, a municipal corporation and
RANDALL JACOBSON, individually and in his official capacity,

    Defendants.

---

## ORDER OF DISMISSAL

---

    Pursuant to the Stipulation for Dismissal with Prejudice of Plaintiff's Claims Against Randall Jacobson [21], filed on November 19, 2008, it is

    ORDERED that Plaintiff's claims against Defendant Randall Jacobson, in his individual and official capacities, are dismissed with prejudice, each party to pay their own costs and attorney fees.

    Dated: November 20th, 2008

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge