IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02162-RPM

CRYSTAL RICHARDSON f/k/a JONES,

    Plaintiff,

v.

TOWN OF EATON, a municipal corporation,

    Defendant.

---

ORDER OF DISMISSAL

---

    Pursuant to the Stipulation for Dismissal with Prejudice of Plaintiff's Claims Against Defendant Town of Eaton [23], filed on December 3, 2008, it is

    ORDERED that Plaintiff's claims against Defendant Town of Eaton, are dismissed with prejudice, each party to pay their own costs and attorney fees.

    Dated: December 3rd, 2008

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge